**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JENNIFER B. HOOPER**                                                               **PLAINTIFF**

**VERSUS**                                                            **CIVIL ACTION NO. 2:08CV17-P-A**

**TATE COUNTY, MISSISSIPPI, et al**                                         **DEFENDANTS**

**ORDER**

This cause is before the Court on the defendants' Motion for Reconsideration Or Continuance In the Alternative [62]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

Defendants' Motion to Reconsider is not well-taken and should be denied. However, the alternative Motion for a Continuance is well-taken and should be granted. The trial of this cause, currently scheduled to commence on October 5, 2009, is therefore continued and is reset for trial to commence on Monday, July 12, 2010 at 9:00 a.m. in Greenville, Mississippi, in accordance with a notice to be issued by the Courtroom Deputy. In light thereof, defendants may contact the assigned Magistrate Judge regarding the entry of a revised scheduling order within ten (10) days of the entry of this Order. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion for Reconsideration Or Continuance In the Alternative [62] should be, and hereby is, GRANTED IN PART and DENIED IN PART, as set forth above. IT IS FURTHER ORDERED that the trial of this cause, currently scheduled to commence on October 5, 2009, is therefore continued and is reset for trial to commence on Monday, July 12, 2010 at 9:00 a.m. in Greenville, Mississippi. IT IS

FURTHER ORDERED that the defendants are to contact the assigned Magistrate Judge regarding the entry of a revised scheduling order within ten (10) days of the entry of this Order.

SO ORDERED, this the 16th day of June, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE